IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD AND MARTHA HEIMANN,

        Petitioners,

v.                                              CV 14-757 KG/WPL

UNITED STATES GOVERNMENT,
through TOM VILSACK, Secretary of the
U.S. Department of Agriculture, and the
FARM SERVICE AGENCY, a subdivision
of the U.S. Department of Agriculture,

        Respondents.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Memorandum Opinion and Order entered on this date, this matter is remanded to the Director of the National Appeals Division for further proceedings.

_____
UNITED STATES DISTRICT JUDGE